UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

        Plaintiff,

  v.

UNITED STATES,

        Defendant.
_____/

No. MC-14-80050 EMC

**ORDER REJECTING COMPLAINT**

    Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

    In the instant case, Mr. Hurt purports to sue the United States based on allegations that the Director of the District of Columbia Public School System oversees a school district of primarily African American students of different cultures and was not born at the time the Supreme Court issued the decision in *Brown v. Board of Education*. As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

    IT IS SO ORDERED

Dated: March 5, 2014

_____
EDWARD M. CHEN
United States District Judge